AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*           DISTRICT OF   NEVADA

ROBERT LIBBY,

     Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

     CASE NUMBER: **3:09-cv-00273-RCJ-VPC**

CATHERINE CORTEZ MASTO, et al.,

     Defendants.

___  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED with prejudice for failure to state a claim upon which relief can be granted.

  July 16, 2010                                    **LANCE S. WILSON**
                                                                            Clerk

                                                                            /s/ Katie Lynn Ogden
                                                                              Deputy Clerk